IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN LONG | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY | : | NO. 12-3872 |

**ORDER**

AND NOW, this 17th day of July, 2013, upon consideration of Plaintiff's Motion for Summary Judgment or, in the Alternative, Plaintiff's Motion for Remand; Defendant's Response thereto; Plaintiff's Reply Brief, and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED.**

2. Plaintiff's Motion for Summary Judgment or, in the Alternative, Plaintiff's Motion for Remand (Docket Entry No. 9) is **DENIED.**

3. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY AND AGAINST PLAINTIFF JEAN LONG.**

4. The Clerk of Court shall make this case **CLOSED** for statistical purposes.

BY THE COURT:

R. BARCLAY SURRICK, J.